IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GLORIA ANNETTE FORD**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:07-CV-0678-L** |
| | § | |
| **MEDICAL CENTER OF MESQUITE and** | § | |
| **TEXAS WORKFORCE COMMISSION,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court are the Findings, Conclusions, and Recommendations of the United States Magistrate Judge, filed December 6, 2007. Plaintiff filed objections to the findings and recommendation on December 17, 2007.

The magistrate judge recommends that the court deny Plaintiff's Motion to Proceed *In Forma Pauperis*, filed October 29, 2007. The magistrate judge concluded that Plaintiff had sufficient financial resources to pay the filing fee for her appeal. Plaintiff has filed a notice of objection, but does not make any specific objection to the court's findings and conclusions. Accordingly, the court **overrules** Plaintiff's objection, **accepts** the magistrate judge's findings and conclusions, and **denies** Plaintiff's Motion to Proceed *In Forma Pauperis*.

**It is so ordered** this 19th day of December, 2007.

/s/ Sam A. Lindsay
Sam A. Lindsay
United States District Judge

Order – Solo Page